# EXHIBIT 1

## TO COMPLAINT

Hanesbrands, Inc., HBI Branded Apparel Enterprises, LLC, and HBI Branded Apparel Limited, Inc. v. American Apparel, Inc., and American Apparel Retail, Inc.

Civil Action No. _____ (M.D.N.C.)



# EXHIBIT 2

## TO COMPLAINT

Hanesbrands, Inc., HBI Branded Apparel Enterprises, LLC, and HBI Branded Apparel Limited, Inc. v. American Apparel, Inc., and American Apparel Retail, Inc.

Civil Action No. _____ (M.D.N.C.)





American Apparel® Store

Made in Downtown LA
Vertically Integrated Manufacturing

United
About Ame

Home / Women / One-Pieces / Cotton Spandex Barely-There Bodysuit

**Search:**
Style # / Style Name   Find

**Men**

**Women**
  New Styles
  Short Sleeves, T-Shirts
  Tank Tops
  One-Pieces
  Intimates Tops
  Intimates Bottoms
  Shorts
  Skirts
  Dresses
  Long Sleeves
  Jackets
  Hoodies, Sweatshirts
  Tights, Leggings
  Pants, Leggings
  Sleepwear, Loungewear
  Swimwear
  Workout, Dance Wear
  Socks
  Accessories
  Organics
  2XL and 3XL Styles

**SALE**

**Kids**

**Babies**

**Accessories**

**Non-AA Products**



**Available Colors:**

| | |
|---|---|
| White | Sunshine |
| Black | Evergreen |
| Nude | Asphalt |
| Red | |

**RSA8338**
**Cotton Spandex**
**Barely-There Bodysuit**

Rating:     Reviews (10

This comfy bodysuit is simple yet sexy. P
for layering under sheer tops and bottom

- Cotton/Spandex Jersey (95% combed
  5% Spandex) construction
- Elastic shoulder straps and top trim
- Merrow® stitched leg openings

**See an ad that features this style**

**PRESS ALERT**
Featured in Ryuko Tsushin Magazine

 More Views

**Ordering Information:**

Color:
Red

Size (Size Chart):
Choose Size

Quantity:  Price:
1          $22.00   Add 

**Try this with…**

  

RSANS302     RSA7303          6364
Nylon        Interlock Mini   Sheer J
Spandex      Skirt            Chemise
Micro-Mesh
Bodysuit



**E-Mail Newsletter**

**Order by Phone**
**1-888-747-0070**
11:30am - 8pm ET

Consumer orders only

**Product Features**
Sizes
Fabrics

**Customer Service**
Contact Us
FAQ
Store Locations

**Policies**
Shipping
Returns
Privacy

© 2007 American Apparel. All Rights Reserved.