# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HANESBRANDS, INC.; HBI BRANDED )
APPAREL ENTERPRISES, LLC; and HBI )
BRANDED APPAREL LIMITED, INC., )
                                              )
        Plaintiffs, )
                                              )  Civil Action No. _____
vs.                                           )
                                              )
AMERICAN APPAREL, INC. and )
AMERICAN APPAREL RETAIL, INC., )
                                              )
        Defendants. )

## PLAINTIFFS' DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)

Plaintiffs Hanesbrands, Inc., HBI Branded Apparel Enterprises, LLC, and HBI Branded Apparel Limited, Inc., pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, hereby provide the following disclosures:

    1.    Plaintiff Hanesbrands, Inc. is a Maryland corporation.

    2.    There is no publicly held corporation that owns ten percent (10%) or more of the stock of Hanesbrands, Inc.

    3.    Plaintiff HBI Branded Apparel Enterprises, LLC is a wholly-owned subsidiary of Plaintiff Hanesbrands, Inc.

    4.    Plaintiff HBI Branded Apparel Limited, Inc. is a wholly-owned subsidiary of Plaintiff Hanesbrands, Inc.

Dockets.Justia.com

This the 4th day of September, 2007.

**KILPATRICK STOCKTON LLP**

**/s/ William M. Bryner**
William M. Bryner
North Carolina Bar No. 23022
Laura C. Miller
North Carolina Bar No. 34103
1001 West 4th Street
Winston-Salem, NC  27101-2400
(336) 607-7300 (telephone)
(336) 607-7500 (facsimile)

Attorneys for Plaintiffs
Hanesbrands, Inc.
HBI Branded Apparel Enterprises, LLC
HBI Branded Apparel Limited, Inc.

2