AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__  District of  __NORTH CAROLINA__

HANESBRANDS, INC., et al.

**SUMMONS IN A CIVIL ACTION**

V.

AMERICAN APPAREL, INC. and AMERICAN APPAREL RETAIL, INC.

CASE NUMBER:  1:07-cv-662

TO: (Name and address of Defendant)

American Apparel, Inc., Mr. Dov Charney, President, 747 Warehouse Street, Los Angeles, California 90021, c/o Its Registered Agent, Grant J. Hallstrom, 15615 Alton Parkway, Ste. 175, Irvine, CA 92618

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William M. Bryner and Laura C. Miller

KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400

Telephone No. (336) 607-7482

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

September 4, 2007
Date

/s/ Abby McClain
Deputy Clerk

Dockets.Justia.com

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                          Date                                         *Signature of Server*

                                                          _____
                                                                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.