# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HANESBRANDS, INC.; HBI BRANDED APPAREL ENTERPRISES, LLC; and HBI BRANDED APPAREL LIMITED, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN APPAREL, INC. and AMERICAN APPAREL RETAIL, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07CV662 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ACCEPTANCE AND WAIVER OF SERVICE OF PROCESS

The undersigned, as counsel for American Apparel, Inc. and American Apparel Retail, Inc., the Defendants in the above-captioned action (hereinafter "Defendants"), hereby acknowledges and accepts service of the Summons and Complaint herein on behalf of Defendants, and hereby waives any further notice or service of the pending claims against Defendants, and also waives any irregularity with respect to service of process.

This the 1ˢᵗ day of October, 2007.

/s/ Joyce Crucillo
Joyce Crucillo, Esq.
General Counsel and attorney of record for
Defendants, American Apparel, Inc. and
American Apparel Retail, Inc.

US2000:10287277.1

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the forgoing **ACCEPTANCE AND WAIVER OF SERVICE OF PROCESS** was duly served upon the following persons by depositing a copy thereof with the United States Postal Service in an envelope addressed as follows:

> Joyce Crucillo, Esq.
> Hallstrom, Klein & Ward, LLP
> 15615 Alton Pkwy
> Suite 175
> Irvine, California  92618

This the 3rd day of October, 2007.

> /s/ Laura C. Miller_____
> William M. Bryner, Esq.
> Laura C. Miller, Esq.
> Kilpatrick Stockton LLP
> 1001 West Fourth Street
> Winston-Salem, NC 27101
>
> Attorneys for Plaintiffs

US2000:10287301.1